12/18/2018 Aronfeld Trial Lawyers Mail - Activity in Case 1:18-cv-21671-MGC Specht et al v. NCL ( Bahamas) Ltd. et al Order on Motion for Miscell…

Case 1:20-cv-21428-AMC - Document 68-1 - Entered on FLSD Docket 03/01/2021 - Page 1 of 2
Case 1:20-cv-22668-DPG - Document 51-2 - Entered on FLSD Docket 10/05/2020 - Page 1 of 2



Matthias Hayashi <mhayashi@aronfeld.com>

## Activity in Case 1:18-cv-21671-MGC Specht et al v. NCL ( Bahamas) Ltd. et al Order on Motion for Miscellaneous Relief
1 message

**cmecfautosender@flsd.uscourts.gov** <cmecfautosender@flsd.uscourts.gov>  Tue, Dec 18, 2018 at 3:40 PM
To: flsd_cmecf_notice@flsd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 12/18/2018 at 3:40 PM EST and filed on 12/18/2018
**Case Name:** Specht et al v. NCL ( Bahamas) Ltd. et al
**Case Number:** [1:18-cv-21671-MGC](#)
**Filer:**
**Document Number:** 57(No document attached)

**Docket Text:**
**ENDORSED ORDER granting [34] Plaintiffs' Motion for Leave to Conduct Jurisdictional Discovery. Plaintiffs Myla Specht and Michael Specht request limited discovery to help support their claim that Defendant Chukka Caribbean Adventures is appropriately subject to personal jurisdiction under Florida's long-arm statute, consistent with the limits of fair play and substantial justice. It is clear that parties to a lawsuit have a qualified right to conduct jurisdictional discovery.** *See Am. Civil Liberties Union of Fla., Inc. v. City of Sarasota*, **859 F.3d 1337, 1341 (11th Cir. 2017). Accordingly, it is hereby ORDERED and ADJUDGED that Plaintiffs' Motion is GRANTED. Plaintiffs may conduct limited jurisdictional discovery for a period of thirty (30) days from the date of this Order. Plaintiffs' discovery requests shall be narrowly tailored to the precise jurisdictional questions before the Court. Defendant may assert any objections to Plaintiffs' requests in accordance with Magistrate Judge Goodman's Discovery Procedures Order (ECF No. 5 at 2). Otherwise, Defendant shall respond to Plaintiffs' requests within seven (7) days of service thereof. Signed by Judge Marcia G. Cooke on 12/18/2018. (ecz)**

**1:18-cv-21671-MGC Notice has been electronically mailed to:**

Abby Hernandez Ivey &nbsp &nbsp aivey@aronfeld.com

Bruce Richard Marx &nbsp &nbsp bmarx@marlowadler.com, cclary@marlowadler.com

Darren Wayne Friedman &nbsp &nbsp dfriedman@fflegal.com, ashoham@fflegal.com, cgallagher@fflegal.com, dwilliams@fflegal.com, kgrossman@fflegal.com, marista@fflegal.com, mfonticiella@fflegal.com, mrapaport@fflegal.com, rmitchell@fflegal.com, sargy@fflegal.com

Jeffrey Eric Foreman &nbsp &nbsp jforeman@fflegal.com, mfonticiella@fflegal.com

Matthias Masayasu Hayashi &nbsp &nbsp mhayashi@aronfeld.com, matthiashayashi@yahoo.com

Rachael Mitchell Fagenson &nbsp &nbsp rmitchell@fflegal.com, sargy@fflegal.com

12/18/2020 Aronfeld Lawyers Mail - Activity in Case 1:18-cv-21671-MGC Silva Et. Al v. Dickenson Et. Al. Order on Motion for Miscell…

Case 1:20-cv-21423-AMC   Document 68-1   Entered on FLSD Docket 03/01/2021   Page 3 of 3

Case 1:20-cv-22806-DPG   Document 51-2   Entered on FLSD Docket 10/05/2020   Page 2 of 2

Raul Gabriel Delgado , II &nbsp &nbsp rdelgado@aronfeld.com

Spencer Marc Aronfeld &nbsp &nbsp aronfeld@aronfeld.com, aballoveras@aronfeld.com, ahernandez@aronfeld.com, aivey@aronfeld.com, cleather@aronfeld.com, grodriguez@aronfeld.com, jjerez@aronfeld.com, mhayashi@aronfeld.com, rdelgado@aronfeld.com, sdiaz@aronfeld.com, sotero@aronfeld.com

**1:18-cv-21671-MGC Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**